UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RON ADDISON HAYES, ET AL. | CASE NO. 6:18-CV-01102 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| F & M SPECIALTY PHARMACY INC., ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law:

**IT IS ORDERED** that the Motion to Remand filed by Plaintiffs, Ron Addison Hayes, individually and on behalf of his three minor children, A. Hayes, C. Hayes and L. Hayes, as well as Brandie Hayes (collectively "Plaintiffs") [Rec. Doc. 9] is **GRANTED** and this matter is **REMANDED** to the Fifteenth Judicial District Court, Parish of Lafayette, State of Louisiana.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 10th day of December, 2018.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE